John Desmarais (admitted *pro hac vice*)
jdesmarais@kirkland.com
Gregory S. Arovas (admitted *pro hac vice*)
garovas@kirkland.com
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Christian Chadd Taylor (S.B.N. 237872)
ctaylor@kirkland.com
Adam R. Alper (S.B.N. 196834)
aalper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Plaintiff
INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>MARVELL SEMICONDUCTOR, INC., and MARVELL ASIA PTE., LTD.,<br><br>BROADCOM CORPORATION, and ATHEROS COMMUNICATIONS, INC.,<br><br>ACER AMERICA CORP., APPLE INC., DELL INC., and GATEWAY, INC.,<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., LENOVO (UNITED STATES) INC.,<br><br>      Plaintiffs,<br>    v.<br><br>WI-LAN, INC.,<br><br>      Defendant. | Case No. C08-04555<br>Case No. C08-05544<br>Case No. C08-05543<br>Case No. C08-05624<br>Case No. C08-05742<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>HON. JAMES WARE<br><br>JURY |

| | |
|---|---|
| 1 | Plaintiffs Intel Corporation, Marvell Semiconductor, Inc., Marvell Asia PTE, Ltd., Broadcom |
| 2 | Corp., Atheros Communications, Inc., Acer America Corp., Apple Inc., Dell Inc., Gateway, Inc., |
| 3 | Sony Computer Entertainment America, Inc., Sony Electronics Inc., Toshiba America Information |
| 4 | Systems, Inc., Lenovo (United States) Inc., and Defendant Wi-LAN, Inc. stipulate to reschedule the |
| 5 | Case Management Conference from September 2, 2009 at 9:00 a.m. to September 1, 2009 at 9:00 |
| 6 | a.m. subject to the availability of the Court. |

Dated: July 22, 2009

/s/
John Desmarais (admitted *pro hac vice*)
jdesmarais@kirkland.com
Gregory S. Arovas (admitted *pro hac vice*)
garovas@kirkland.com
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Christian Chadd Taylor (S.B.N. 237872)
ctaylor@kirkland.com
Adam R. Alper (S.B.N. 196834)
aalper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Plaintiff
INTEL CORPORATION

Dated: July 22, 2009

/s/
Bob Steinberg (S.B.N. 126407)
bob.steinberg@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Sean S. Pak (S.B.N. 219032)
sean.pak@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

| | |
|---|---|
| 1 | Michael W. De Vries (S.B.N. 211001) |
| | mike.devries@lw.com |
| 2 | Eli T. Ticatch (S.B.N. 234108) |
| | eli.ticatch@lw.com |
| 3 | Joseph K. Liu (S.B.N. 216227) |
| | joseph.liu@lw.com |
| 4 | LATHAM & WATKINS LLP |
| | 650 Town Center Drive, 20th Floor |
| 5 | Orange County, CA 92626-1925 |
| | Telephone: (714) 540-1235 |
| 6 | Facsimile: (714) 755-8290 |
| 7 | Attorneys for Plaintiff |
| | BROADCOM CORPORATION |

Dated: July 22, 2009              /s/
                        Scott D. Baker (S.B.N. 84923)
                        sbaker@reedsmith.com
                        John P. Bovich (S.B.N. 150688)
                        jbovich@reedsmith.com
                        Jonah D. Mitchell (S.B.N. 203511)
                        jmitchell@reedsmith.com
                        REED SMITH LLP
                        Two Embarcadero Center, Suite 2000
                        San Francisco, CA 94111-3922
                        Telephone: (415) 543-8700
                        Facsimile: (415) 391-8269

                        Attorneys for Plaintiff
                        ATHEROS COMMUNICATIONS, INC.

Dated: July 22, 2009              /s/
                        Roger D. Taylor (admitted *pro hac vice*)
                        roger.taylor@ finnegan.com
                        FINNEGAN, HENDERSON, FARABOW,
                        GARRETT & DUNNER, L.L.P
                        303 Peachtree Street, N.E.
                        Atlanta, GA 30308-3263
                        Telephone: (404) 653-6400
                        Facsimile: (404) 653-6444

                        C. Larry O'Rourke (S.B.N. 219255)
                        larry.orourke@ finnegan.com
                        FINNEGAN, HENDERSON, FARABOW,
                        GARRETT & DUNNER, L.L.P.
                        3300 Hillview Ave.
                        Palo Alto, California 94304-12031
                        Telephone: (650) 849-6600
                        Facsimile: (650) 849-6666

                        Linda Thayer (S.B.N. 195115)
                        linda.thayer@ finnegan.com
                        FINNEGAN, HENDERSON, FARABOW,
                        GARRETT & DUNNER, L.L.P.

| | | |
|---|---|---|
| 1 | | 55 Cambridge Parkway |
| 2 | | Cambridge, Massachusetts 02142- 1215<br>Telephone: (617) 452-1600 |
| | | Facsimile:  (617) 452-1666 |
| 3 | | |
| | | Attorneys for Plaintiffs |
| 4 | | MARVELL SEMICONDUCTOR, INC. and |
| | | MARVELL ASIA PTE., LTD. |
| 5 | | |
| 6 | Dated:  July 22, 2009 | /s/ |
| | | G. Hopkins Guy, III (S.B.N. 124811) |
| 7 | | hopguy @orrick.com |
| | | Kai Tseng (S.B.N. 193756) |
| 8 | | ktseng @orrick.com |
| | | Michael C. Spillner (S.B.N. 205785) |
| 9 | | mspillner@orrick.com |
| | | ORRICK, HERRINGTON & |
| 10 | | SUTCLIFFE LLP |
| | | 1000 Marsh Road |
| 11 | | Menlo Park, California 94025 |
| | | Telephone: (650) 614-7400 |
| 12 | | Facsimile:  (650) 614-7401 |
| 13 | | Attorneys for Plaintiffs |
| | | ACER AMERICA CORP. and GATEWAY, INC. |
| 14 | | |
| 15 | Dated:  July 22, 2009 | /s/ |
| | | Mark C. Scarsi (S.B.N. 183926) |
| 16 | | mscarsi@milbank.com |
| | | MILBANK, TWEED, HADLEY & |
| 17 | | McCLOY LLP |
| | | 601 South Figueroa Street, 30th Floor |
| 18 | | Los Angeles, California 90017-5735 |
| | | Telephone:  (213) 892-4000 |
| 19 | | Facsimile:   (213) 629-5063 |
| 20 | | Attorneys for Plaintiff |
| | | APPLE, INC. |
| 21 | | |
| 22 | Dated:  July 22, 2009 | /s/ |
| | | Arthur S. Beeman (S.B.N. 237996) |
| 23 | | asbeeman@jonesday.com |
| | | Pamela K. Fulmer (S.B.N. 154736) |
| 24 | | pkfulmer@jonesday.com |
| | | JONES DAY |
| 25 | | 555 California Street, 26th Floor |
| | | San Francisco, California 94104 |
| 26 | | Telephone:  (415) 626-3939 |
| | | Facsimile:   (415) 875-5700 |
| 27 | | |
| | | Thomas R. Jackson (admitted *pro hac vice*) |
| 28 | | trjackson@jonesday.com |

| | |
|---|---|
| | Daniel T. Conrad (admitted *pro hac vice*)<br>dtconrad@jonesday.com<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, Texas 75201-1515<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br><br>Attorneys for Plaintiff<br>DELL INC. |
| Dated: July 22, 2009 | _____/s/_____<br>Kevin P. B. Johnson (S.B.N. 177129)<br>kevinjohnson@quinnemanuel.com<br>QUINN EMANUEL URQUHART OLIVER<br>& HEDGES LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Attorneys for Plaintiffs<br>SONY COMPUTER ENTERTAINMENT AMERICA INC. AND SONY ELECTRONICS INC. |
| Dated: July 22, 2009 | _____/s/_____<br>George C. Best (S.B.N. 255555)<br>gbest@foley.com<br>FOLEY & LARDNER LLP<br>975 Page Mill Road<br>Palo Alto, CA 94304-1 01 3<br>Telephone: (650) 856-31700<br>Facsimile: (650) 856-3710<br><br>John J. Feldhaus (admitted *pro hac vice*)<br>jfeldhaus@foley.com<br>Pavan K. Agarwal (admitted *pro hac vice*)<br>pagarwal@foIey.com<br>FOLEY & LARDNER LLP<br>3000 K Street, N.W., Suite 500<br>Washington, D.C. 20007<br>Telephone: (202) 672-5600<br>Facsimile: (202) 672-5399<br><br>Attorneys for Plaintiffs<br>TOSHIBA AMERICA INFORMATION SYSTEMS, INC. |
| Dated: July 22, 2009 | _____/s/_____<br>Fred I. Williams (admitted *pro hac vice*)<br>fwilliams@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>300 West 6th Street, Suite 2100 |

| | |
|---|---|
| | Austin, TX 78701-3911<br>Telephone: (512) 499-6200<br>Facsimile: (512) 499-6290 |
| | Ira R. Hatton (admitted *pro hac vice*)<br>ihaiton@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1111 Louisiana St., 44th Floor<br>Houston, TX 77002-52100<br>Telephone: (713) 220-5800<br>Facsimile: (713) 236-0822 |
| | Eric J. Klein (admitted *pro hac vice*)<br>eklein@akingump.com<br>AKIN GUMP STRAUSIS HAUER & FELD LLP<br>1700 Pacific Avenue Suite 4100<br>Dallas, TX 75201-4675<br>Telephone: (214) 969-2800<br>Facsimile: (214) 969-4343 |
| | Attorneys for Plaintiff<br>LENOVO (UNITED STATES) INC. |
| Dated: July 22, 2009 | _____/s/_____<br>Robert A. Cote (admitted *pro hac vice*)<br>rcote@mckoolsmith.com<br>Gayle Rosenstein Klein<br>(State Bar No. 237975)<br>gklein@mckoolsmith.com<br>MCKOOL SMITH P.C.<br>399 Park Avenue, Suite 3200<br>New York, NY 10022<br>Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444 |
| | Michael G. McManus (admitted *pro hac vice*)<br>mmcmanus@mckoolsmith.com<br>MCKOOL SMITH P.C.<br>1700 K Street, N.W., Suite 740<br>Washington, D.C. 20006<br>Telephone: (202) 370-8300<br>Facsimile: (202) 370-8344<br>Attorneys for Defendant<br>Wi-LAN, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 22, 2009

*/s/ James Ware*
JAMES WARE
United States District Judge

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered for inspection upon request.

Dated:  July 22, 2009

       /s/
Christian Chadd Taylor (S.B.N. 237872)
ctaylor@kirkland.com
Adam R. Alper (S.B.N. 196834)
aalper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile:  (415) 439-1500

Attorneys for Plaintiff
INTEL CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2009, a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE was electronically filed with the Clerk of the Court using the Court's CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By: /s/ *Adam R. Alper*
Adam R. Alper