| | |
|---|---|
| G. HOPKINS GUY, III (SBN 124811)<br>hopguy@orrick.com<br>KAI TSENG (SBN 193756)<br>ktseng@orrick.com<br>MICHAEL C. SPILLNER (SBN 205785)<br>mspillner@orrick.com<br>JAMES H. LIN (SBN 241472)<br>jlin@orrick.com<br>ORRICK, HERRINGTON<br>& SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, California 94025<br>Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401<br><br>Attorneys for Plaintiffs<br>ACER AMERICA CORPORATION and<br>GATEWAY, INC. | THOMAS R. JACKSON (*pro hac vice*)<br>trjackson@jonesday.com<br>DANIEL T. CONRAD (*pro hac vice*)<br>dtconrad@jonesday.com<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, Texas 75201-1515<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br><br>ARTHUR S. BEEMAN (SBN 237996)<br>asbeeman@jonesday.com<br>PAMELA K. FULMER (SBN 154736)<br>pkfulmer@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, California 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br><br>Attorneys for Plaintiff<br>DELL INC. |

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*
9/2/2009

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACER AMERICA CORP., APPLE INC., DELL INC., and GATEWAY, INC.,<br><br>        Plaintiffs,<br><br>  v.<br><br>WI-LAN, INC.,<br><br>        Defendant. | Case No. C-08-05624 JW<br><br>**Related To:**<br>Case No. C 08-04555<br>Case No. C 08-05543<br>Case No. C 08-05544<br>Case No. C 08-05742<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY ACER AMERICA CORPORATION, DELL INC., AND GATEWAY, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>The Honorable James Ware |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Acer America Corporation, Dell Inc., and Gateway, Inc. hereby voluntarily dismiss their claims in this action without prejudice.

Dated: August 17, 2009

Respectfully submitted,

G. HOPKINS GUY, III
KAI TSENG
MICHAEL C. SPILLNER
JAMES H. LIN
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ *James H. Lin*
James H. Lin
Attorneys for Plaintiffs
Acer America Corporation and Gateway, Inc.

Dated: August 17, 2009

THOMAS R. JACKSON
DANIEL T. CONRAD
ARTHUR S. BEEMAN
PAMELA K. FULMER
JONES DAY

/s/ *Daniel T. Conrad*
Daniel T. Conrad
Attorneys for Plaintiff Dell Inc.

Pursuant to General Order 45, Part X, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: August 17, 2009

/s/ *James H. Lin*
James H. Lin

**IT IS SO ORDERED:**

The Clerk shall terminate the respective parties from the docket.

Dated: September 2, 2009

*James Ware*
United States District Judge

- 1 -

NOTICE OF VOLUNTARY DISMISSAL
C-08-05624 JW

# **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY ACER AMERICA CORPORATION AND GATEWAY, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** with the clerk of court for the United States District Court, Northern District of California, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Dated: August 17, 2009   /s/ Josette Romero
 Josette Romero